NO. 07-07-0394-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

OCTOBER 19, 2007

______________________________

BRANDON ZAVALA, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 242
ND
 DISTRICT COURT OF HALE COUNTY;

NO. A 13799-0008; HONORABLE ED SELF, JUDGE

_______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

MEMORANDUM OPINION

On August 27, 2007, the trial court convicted appellant
 
Brandon Zavala of possession of marijuana, more than four ounces but less than one pound, and sentenced him to two years confinement in a state jail. 
 
See
 Tex. Health & Safety Code Ann. § 481.121 (a),(b)(3) (Vernon 2003).  
On September 20, 2007, appellant filed a motion for new trial and notice of appeal.  
See
 Tex. R. App. P. 21.4(a), 26.2(a)(2).  The clerk of the trial court has provided us with documentation that on October 11, 2007, the trial court granted appellant’s motion for new trial.  

If the trial court grants a new trial, it restores the case to its position before the former trial.  
See 
Tex. R. App. P. 21.9.  Because there is no longer an adjudicated issue for appellate review, we have no jurisdiction over the case except to dismiss the appeal.  
See Waller v. State, 
931 S.W.2d 640, 643-44 (Tex.App.–Dallas 1996, no pet.). 

Consequently, the appeal is dismissed for want of jurisdiction.

James T. Campbell

         Justice

Do not publish.